DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRENDA MORRIS REEVES** and **RONALD REEVES,**
Appellants,

v.

**ROFEGO MOTORS, INC.,**
Appellee.

No. 4D22-1371

[December 21, 2022]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Frank S. Castor, Judge; L.T. Case No. 50-2022-SC-002034-XXXX-MB.

Brenda M. Reeves, Vero Beach, pro se.

Alan L. Raines and Elizabeth Jimenez of Raines Legal, Boca Raton, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee,* 377 So. 2d 1150 (Fla. 1979).

KLINGENSMITH, C.J., WARNER and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***